IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COLUMBIA GRAIN, INC., a Corporation, | Case No: 3:14-CV-00115-BLW |
| Plaintiff, | |
| vs. | ORDER |
| HINRICHS TRADING, LLC, dba HINRICHS TRADING COMPANY, and JOHN DOES I-V, | |
| Defendants. | |

This matter having come before the Court pursuant to the parties' Stipulated Motion to Dismiss Hinrichs and Company, a general partnership, (Doc. No. 36), the Court having reviewed the Stipulated Motion and the Court file and good cause appearing therefore;

IT IS HEREBY ORDERED that the Stipulation (docket no. 36) is APPROVED, and plaintiff's claims against defendant Hinrichs and Company, a general partnership, are hereby DISMISSED WITH PREJUDICE;

IT IS HEREBY FURTHER ORDERED that:

1. No party will assert any comparative and/or contributory negligence on the part of Hinrichs and Company, a general partnership, during any course of the proceedings in this case, including at trial;

2. Hinrichs and Company, a general partnership, will not appear as a party on the verdict form of any trial held in this matter;

3. No arguments or mention of any responsibility for maintenance will be made at trial in reference to Hinrichs and Company, a general partnership, and Hinrichs Trading, LLC, dba Hinrichs Trading Company agrees that it was fully responsible to perform all maintenance and upkeep for the property and elevator located at 221 Front Avenue, Craigmont, Idaho;

4. Hinrichs Trading, LLC, dba Hinrichs Trading Company will not present any affirmative defenses to plaintiff's claims in this matter based on the fact that it was not the owner of the property and elevator located at 221 Front Avenue, Craigmont, Idaho; and

5. No costs or attorney fees are awarded to any party as a result of this dismissal.

DATED: January 29, 2015

_____
B. Lynn Winmill
Chief Judge
United States District Court